Daniel A. Lev (CA Bar No. 129622)
dlev@sulmeyerlaw.com
Steven F. Werth (CA Bar No. 205434)
swerth@sulmeyerlaw.com
Lisa N. Nobles (CA Bar No. 233723)
lnobles@sulmeyerlaw.com
**SulmeyerKupetz**
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Attorneys for Plaintiff, Howard M. Ehrenberg, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>AXIUM INTERNATIONAL, INC.,<br><br>Debtor. | Case No. 2:08-bk-10277-BB<br><br>Chapter 7<br><br>Jointly Administered With Case No. 2:08-bk-10376-BB, and Substantively Consolidated |
| In re<br><br>DIVERSITY MSP, INC.,<br><br>Debtor. | Jointly Administered With Case No. 2:08-bk-10377-BB, and Substantively Consolidated |
| HOWARD M. EHRENBERG, Chapter 7 Trustee of the Jointly Administered Cases of Axium International, Inc. and Diversity MSP, Inc.,<br>             Plaintiff,<br>v.<br>CADENCEQUEST, INC., a Virginia corporation,<br>             Defendant. | Adv. No. 2:09-ap-03045-BB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT AGAINST DEFENDANT CADENCEQUEST, INC.**<br><br>DATE:<br>TIME: [No Hearing Required]<br>PLACE: |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE DEFENDANT, AND OTHER INTERESTED PARTIES:**

      **PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, as made applicable to this adversary proceeding pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure, plaintiff, Howard M. Ehrenberg, the duly appointed, qualified and acting Chapter 7 Trustee for the estate of the debtor

ASOKOLOWSKI\ 614126.1

1 | Axium International, Inc., hereby voluntarily dismisses the above-captioned adversary
2 | proceeding against Defendant Cadencequest, Inc.
3 | DATED: January 28, 2010          Respectfully submitted,
4 |                                  **Sulmeyer**Kupetz
  |                                  A Professional Corporation
5 |
6 |
7 |                                  By:    /s/ Steven A. Werth
  |                                         Steven A. Werth
  |                                         Attorneys for Plaintiff
8 |                                         Howard M. Ehrenberg
  |                                         Chapter 7 Trustee

| In re: | CHAPTER: 7 |
|---|---|
| AXIUM INTERNATIONAL, INC. | |
| Debtor(s). | CASE NUMBER: 2:08-bk-10277-BB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406

A true and correct copy of the foregoing document described as **NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT AGAINST DEFENDANT CADENCEQUEST, INC.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

☐ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On January 28, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Cadencequest, Inc.
4501 North Fairfax Drive
Suite 920
Arlington, VA 22203

**COURTESY COPY:**
Whitman L. Holt, Esq.
Stutman, Treister & Glatt
1901 Avenue of the Stars
12th Floor
Los Angeles, CA 90067

☐ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 28, 2010 | Nena J. Walker | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                     **F 9013-3.1**